K. WALTER JOHNSON (SBN 159424)
**LAW OFFICE OF K. WALTER JOHNSON**
4000 Pimlico Drive, Suite 114-101
Pleasanton, California 94588
Telephone: (925) 965-2156
Facsimile: (925) 272-4932
Walter.Johnson@BestEstatePlan.com

Attorney for Plaintiffs
SHARYN WATERS and JOHN PHILIP WATERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYN WATERS and JOHN PHILIP WATERS,<br><br>  Plaintiffs,<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>  Defendants. | CASE NO.: 4:14-cv-00043-KAW<br><br>**REQUEST TO DISMISS PLAINTIFF JOHN PHILIP WATERS AND (PROPOSED) ORDER** |

Please dismiss, without prejudice, Plaintiff JOHN PHILIP WATERS from the above Complaint, originally filed November 4, 2013, in Alameda County Superior Court, removed to United States District Court for the Northern District of California on January 3, 2014, and assigned federal case No. 4:14-cv-00043-KAW.

DATED: APRIL 25, 2014

LAW OFFICE OF K. WALTER JOHNSON

BY    /s/ Walter Johnson

K. Walter Johnson

ATTORNEY FOR PLAINTIFFS, SHARYN WATERS AND JOHN PHILIP WATERS

---

1

REQUEST TO DISMISS PLAINTIFF JOHN PHILIP WATERS AND (PROPOSED) ORDER

Case 4:14-cv-00043-KAW Document 28 Filed 06/06/14 Page 2 of 2

**ORDER**

Plaintiff JOHN PHILIP WATERS is hereby dismissed, with~~out~~ prejudice, from this action.

It is so ordered.

DATED: _June 6_, 2014       *Kandis Westmore*
Judge of the Federal Court

Law Office of
K. Walter Johnson
4000 Pimlico Drive
Suite 114-101
Pleasanton CA 94588
925.965.2156

REQUEST TO DISMISS PLAINTIFF JOHN PHILIP WATERS AND (PROPOSED) ORDER
