UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYN WATERS,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>    Defendant. | Case No. 14-cv-00043-KAW<br><br>ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT<br><br>Dkt. No. 24 |

    On June 8, 2014, Plaintiff Sharyn Waters filed an amended complaint in the present action. (Dkt. No. 24.) She did so without obtaining leave of court or by obtaining Defendant's written consent as required by Federal Rule of Civil Procedure 15(a)(2).

    Accordingly, Plaintiff's amended complaint is stricken, and the operative complaint is the initial complaint. (*See* Dkt. No. 1.)

    IT IS SO ORDERED.

Dated: June 9, 2014

KANDIS A. WESTMORE
United States Magistrate Judge