David Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Matthew Noel (State Bar No. 242172)
  *mpn@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant,
KOHL'S DEPARTMENT STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SHARYN WATERS and JOHN PHILIP WATERS,<br><br>            Plaintiffs,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>            Defendant. | Case No. 4:14-cv-00043 KAW<br>The Hon. Kandis A. Westmore<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF EXPERT DISCLOSURE DEADLINE; [~~PROPOSED~~] ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendant KOHL'S DEPARTMENT STORES, INC. (defendant) and plaintiff SHARYN WATERS stipulate and hereby request that expert witness disclosure, scheduled for March 11, 2015, be continued to April 17, 2015, or a date to be decided by the Court.

    The continuance is necessary since depositions of plaintiff's treating physicians cannot be conducted until March 26, 2015.  In addition, the parties are participating in another mediation and can avoid expert costs if the deadline is moved to April 17, 2015.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: March 4, 2015            **WALKUP, MELODIA, KELLY & SCHOENBERGER**

By: _____/s/ Valerie Rose_____
K. Walter Johnson
Attorneys for Plaintiff,
SHARYN WATERS

DATED: March 4, 2015            **LAW OFFICES OF K. WALTER JOHNSON**

By: _____/s/ K. Walter Johnson_____
K. Walter Johnson
Attorneys for Plaintiff,
SHARYN WATERS

DATED: March 4, 2015            **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/ Matthew P. C. Noel_____
David Roth
Matthew P. C. Noel
Attorneys for Defendant,
KOHL'S DEPARTMENT STORES, INC.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant KOHL'S DEPARTMENT STORES, INC.'S ("defendant") and plaintiff SHARYN WATERS' Stipulation and Request for Continuance of Expert Witness Disclosure Deadline is hereby GRANTED.

The new date for Expert Witness Disclosure will be April 17, 2015.

IT IS SO ORDERED.

Dated: 3/6/15

*Kandis Westmore*
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 121 Spear Street, Suite 200, San Francisco, CA 94105-1582.

On the date set forth below, I served true copies of the following document(s) described as **STIPULATION AND REQUEST FOR CONTINUANCE OF EXPERT DISCLOSURE DEADLINE; [PROPOSED] ORDER** on the interested parties in this action as follows:

| | |
|---|---|
| K. Walter Johnson, Esq.<br>Law Offices of K. Walter Johnson<br>4000 Pimlico Drive, Suite 114-101<br>Pleasanton, CA 94588<br>Phone : (925) 965-2156<br>Fax: (925) 272-4932<br>Walter@BestEstatePlan.com | Attorney for Plaintiffs,<br>SHARYN WATERS and JOHN PHILIP WATERS |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 4, 2015, at San Francisco, California.

Diana Norton

Case No. 4:14-cv-00043 KAW