LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com

K. WALTER JOHNSON (State Bar # 159424)
LAW OFFICE OF K. WALTER JOHNSON
4000 Pimlico Drive, Suite 114-101
Pleasanton, CA 94588
Telephone: (925) 965-2156
Facsimile: (925) 272-4932
Walter.Johnson@BestEstatePlan.com
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYN WATERS,<br><br>            Plaintiffs,<br><br>      v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>            Defendants. | Case No. 14-cv-00043 KAW<br>The Hon. Kandis A. Westmore<br>AMENDED<br>**STIPULATION TO CONTINUE TRIAL AND ALL RELATED DATES;**<br>**[PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff SHARYN WATERS and defendant KOHL'S DEPARTMENT STORES, INC., through their respective counsel, stipulate and hereby respectfully request that the Court vacate the current trial date of October 13, 2015 and assign a new trial date 30 – 45 days thereafter.

The parties further stipulate to the following:

1.   The parties were unable to move forward with the Mandatory Settlement Conference scheduled for September 2, 2015 before the Honorable Elizabeth D. Laporte due to a medical emergency suffered by one of plaintiff's family members.

2. The parties wish to reschedule the settlement conference before Magistrate Judge Laporte before incurring additional costs to prepare the case for trial, but cannot do so until plaintiff has a clearer picture of her availability in light of said medical emergency.

3. All discovery deadlines, including expert disclosures, will follow the new trial date.

Dated: September 2, 2015         WALKUP, MELODIA, KELLY & SCHOENBERGER


                                 */s/ Valerie N. Rose*
                                 KHALDOUN A. BAGHDADI
                                 VALERIE N. ROSE
                                 Attorneys for Plaintiffs


Dated: September 2, 2015         MANNING & KASS, ELLROD, RAMIREZ


                                 */s/ Matthew P.C. Noel*
                                 MATTHEW P. C. NOEL
                                 Attorneys for Defendant

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION TO CONTINUE TRIAL AND ALL RELATED DATES; [PROPOSED] ORDER - CASE NO. 14-CV-00043 KAW

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff SHARYN WATERS and defendant KOHL'S DEPARTMENT STORES, INC.'s Stipulation To Continue Trial And All Related Dates is hereby GRANTED.

The new trial date will be  March 14, 2016  , ~~2015~~.  All discovery deadlines, including expert disclosures, will follow the new trial date.  The Court will issue an Amended Scheduling Order.

Dated:   9/9/15               _____
                                              HON. KANDIS A. WESTMORE
                                              UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION TO CONTINUE TRIAL AND ALL RELATED DATES; [PROPOSED] ORDER - CASE NO. 14-CV-00043 KAW