UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHARYN WATERS, | |
|---|---|
| Plaintiff, | Case No. 14-cv-00043-KAW |
| v. | ORDER GRANTING IN PART AND DENYING IN PART STIPULATION AND REQUEST FOR TRIAL CONTINUANCE |
| KOHL'S DEPARTMENT STORES, INC., | Re: Dkt. No. 58 |
| Defendant. | |

On September 2, 2015, the parties submitted a stipulation and request to continue the trial date and associated deadlines. Accordingly, the Court sets the following dates and deadlines:

| | |
|---|---|
| Trial | March 14, 2016 |
| Pretrial Conference | March 1, 2016 |
| Objections | February 19, 2016 |
| Joint Pretrial Statement | February 9, 2016 |
| Meet and Confer | January 29, 2016 |
| Close of Expert Discovery | December 23, 2015 |
| Rebuttal Expert Disclosure and Reports Provided | December 9, 2015 |
| Expert Disclosure and Reports Provided | November 25, 2015 |

IT IS SO ORDERED.

Dated: September 10, 2015

KANDIS A. WESTMORE
United States Magistrate Judge