LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**
SHARYN WATERS and JOHN PHILIP WATERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYN WATERS and JOHN PHILIP WATERS,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendants. | Case No. 4:14-cv-00043 KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS CASE** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD HEREIN:

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their attorneys of record, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

I agree to and accept the foregoing stipulation.


Dated:  June 30, 2016                           WALKUP, MELODIA, KELLY & SCHOENBERGER


                                                /s/ *Valerie N. Rose*
                                                VALERIE N. ROSE
                                                Attorney for Plaintiffs

I agree to and accept the foregoing stipulation.

Dated: June 30, 2016

MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP

*/s/ Matthew Noel*
MATTHEW NOEL
Attorneys for Defendants

## ORDER

Pursuant to the Stipulation of the parties, this matter is hereby deemed DISMISSED with prejudice.

Dated: 7/5/16

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE - CASE NO. 4:14-CV-00043 KAW